UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:20-MJ-1158-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | |
| BRYANT MARCUS WILKERSON ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint and arrest warrant against the above-captioned defendant in the interests of justice. On December 8, 2022, a federal grand jury sitting in the Eastern District of Virginia returned an Indictment based on the same offense conduct.

Respectfully submitted this 31st day of January, 2023.

MICHAEL F. EASLEY, JR.
United States Attorney

By: /s/ Jake D. Pugh
JAKE D. PUGH
Assistant U.S. Attorney
Criminal Division
Phone: (919) 856-4530
Email: jacob.pugh@usdoj.gov
S.C. Bar No. 100859

Leave of Court is granted for the filing of the foregoing dismissal.

KIMBERLY A. SWANK
United States Magistrate Judge

DATE: 2/3/2023